# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

|  |  |  |
|---|---|---|
| Access Living of Metropolitan Chicago, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| vs. | ) | No. 1:15-cv-02090 |
| | ) | |
| Gilbert Reality Company, | ) | Hon. John W. Darrah |
| | ) | |
| Defendant | ) | |
| | ) | |

## STIPULATION FOR DISMISSAL WITH PREJUDICE
## OF ALL CLAIMS AND PARTIES

It is hereby stipulated by and between plaintiff Access Living of Metropolitan Chicago and defendant Gilbert Reality Company that this case is hereby dismissed with prejudice.

This Stipulation for Dismissal with Prejudice of All Claims and Parties is based on Rule 41(a)(1) of the Federal Rules of Civil Procedure, and has been signed by counsel for all parties who have made an appearance herein. Each party is to bear its own attorneys' fees and costs.

Dated: August 16, 2016                                   Respectfully submitted,

/s/ Casey Fronk
Joshua Rabinovitz
Casey Fronk
Bill Watson
KIRKLAND & ELLIS LLP
300 N. LaSalle
Chicago, IL  60654
(312) 862-2000
(312) 862-2200 (fax)

*Attorneys for the Plaintiff*


 /s/ Darren VanPuymbrouck
Darren VanPuymbrouck
Freeborn & Peters LLP
311 South Wacker drive
Suite 3000
Chicago, IL 60606
dvanpuymbrouck@freeborn.com

*Attorney for the Defendant*

## **CERTIFICATE OF SERVICE**

I, Casey R. Fronk, hereby certify that on August 16, 2016, I caused a copy of the foregoing to be served by filing the foregoing electronically through the CM/ECF system, which caused a Notice of Electronic Filing to the parties registered to the Court's CM/ECF system for this action, and by electronic mail upon the following counsel of record for Defendant:

Darren VanPuymbrouck
Freeborn & Peters LLP
311 South Wacker drive
Suite 3000
Chicago, IL 60606
dvanpuymbrouck@freeborn.com

/s/ Casey Fronk_____
Joshua Rabinovitz
Casey Fronk
Bill Watson
KIRKLAND & ELLIS LLP
300 N. LaSalle
Chicago, IL 60654
(312) 862-2000
(312) 862-2200 (fax)

*Attorneys for the Plaintiff*