UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
Eastern Division

Access Living of Metropolitan Chicago
                                    Plaintiff,
v.                                  Case No.: 1:15−cv−02090
                                    Honorable John W. Darrah
Gilbert Realty Company
                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 17, 2016:

MINUTE entry before the Honorable John W. Darrah: It is hereby stipulated by and between plaintiff Access Living of Metropolitan Chicago and defendant Gilbert Reality Company that this case is hereby dismissed with prejudice. This Stipulation for Dismissal with Prejudice of All Claims and Parties is based on Rule 41(a)(1) of the Federal Rules of Civil Procedure, and has been signed by counsel for all parties who have made an appearance herein. Each party is to bear its own attorneys#039; fees and costs. Bench Trial set for 9/26/16 is vacated. Civil case terminated. Mailed notice(maf)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.